**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jose Alberto TORRES–MENDEZ, also known as Jose Mendez Torres, also known as Jose Sausedo, also known as Jose Alberto Torres, also known as Jose Alberto Morales–Morales, also known as Jose Alberto Torres Mendez, also known as Jose Morales, also known as Jose Alberto Morales, Defendant–Appellant.**

No. 12–20634
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 15, 2013.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

---

Gregory L. Ahlgren, Esq., Ahlgren Law Firm, Laredo, TX, Defendant–Appellant.

Before REAVLEY, JONES, and PRADO, Circuit Judges.

PER CURIAM: *

Jose Alberto Torres–Mendez pleaded guilty to illegal reentry into the United States and received a sentence of 22 months in prison, which was below the advisory guidelines range. Now, he argues that his sentence is unreasonable because it is greater than necessary to meet the goals of 18 U.S.C. § 3553(a) and because a shorter sentence would have sufficed to deter him from committing future offenses and to protect the public from him. "We have no jurisdiction to review [Torres–Mendez's] apparent claim that the court should have departed further." *See United States v. Hernandez,* 457 F.3d 416, 424 (5th Cir.2006).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.